Michael R. Brooks
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800 | Fax: 702.362.9472
Email: mbrooks@klnevada.com

Michael B. Bernacchi
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail: mbernacchi@bwslaw.com

Attorneys for Defendant
Aetna Life Insurance Company

(*Pro Hac Vice* application pending)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SHAFFER,<br><br>        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, as Claims Administrator for Advenir Real Estate Management, LLC Welfare Plan,<br><br>        Defendants. | Case No. 2:18-cv-02357-GMN-VCF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

        Plaintiff David Shaffer ("Plaintiff"), through his counsel, Julie A. Mersch of the Law Offices of Julie A. Mersch, and Defendant Aetna Life Insurance Company ("Aetna"), through its counsel, Michael R. Brooks of the law firm of Kolesar & Leatham and Michael B. Bernacchi of the law firm of Burke, Williams & Sorensen, LLP, hereby respectfully submit this Stipulation, Request and Order to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or

LA #4823-4583-0021 v1      - 1 -      STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

otherwise respond to Plaintiff's Complaint.

Aetna was served with Plaintiff's Complaint on December 19, 2018, making its current responsive pleading due on or before January 9, 2019. The instant extension is requested as Aetna's counsel requires additional time to prepare a responsive pleading to Plaintiff's Complaint given the complexity of the file and the intervening Christmas and New Year holidays.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including **January 25, 2019**, for Aetna to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 8th day of January, 2019.

| | |
|---|---|
| LAW OFFICES OF JULIE A. MERSCH<br>Julie A. Mersch | KOLESAR & LEATHAM<br>Michael R. Brooks |
| By: /s/ JULIE A. MERSCH, ESQ.<br>Julie A. Mersch, Esq.<br>701 S. 7th Street<br>Las Vegas, NV 89101<br><br>Attorney for Plaintiff<br>David Shaffer | BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi<br><br>By: /s/ MICHAEL R. BROOKS, ESQ.<br>Michael R. Brooks, Esq.<br>Kolesar & Leatham<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br><br>Attorneys for Defendant<br>Aetna Life Insurance Company |

## ORDER

IT IS SO ORDERED.

Dated: January 8, 2019

By: _____
United States ~~District~~ Judge
Magistrate