Michael R. Brooks
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800 | Fax: 702.362.9472
Email: mbrooks@klnevada.com

Michael B. Bernacchi
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail: mbernacchi@bwslaw.com

Attorneys for Defendant
Aetna Life Insurance Company
(*Pro Hac Vice*)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SHAFFER, | CASE NO.: 2:18-cv-02357-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE** |
| AETNA LIFE INSURANCE COMPANY, as Claims Administrator for Advenir Real Estate Management, LLC Welfare Plan, | **(SECOND REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the discovery schedule as set forth in the Scheduling Order dated May 13, 2019 [docket 19], be amended as follows:

**I.  Discovery Completed**

Defendant provided the proposed Administrative Record (AR) to Plaintiff for review on March 26, 2019. Counsel for the parties met and conferred by phone on April 17, 2019

regarding potential discovery and content of the AR.  Plaintiff served discovery requests upon Defendant and Defendant's responses have been provided.

**II.     Discovery Remaining and Reason for Request for Extension**

The parties now have a dispute as to a few of Defendant's discovery responses which they believe will be resolved shortly without the need for Court intervention.  The current deadline to file discovery briefs in this case is 7/29/19.  The parties have agreed among themselves to extend this sole deadline by approximately two weeks, to August 15, 2019.  All other deadlines will remain unchanged.

**III.    Proposed Discovery Schedule Change**

Plaintiff SHAFFER and Defendant AETNA agree and stipulate to the following proposed deadline extension:

| **Description:** | **Current Deadline:** | **Proposed:** |
|---|---|---|
| Discovery Briefs | 07/29/19 | 08/15/19 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED:  July 29, 2019          BURKE, WILLIAMS & SORENSEN, LLP

By: __/s/  Michael B. Bernacchi__
   MICHAEL B. BERNACCHI
   mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953

   Michael R. Brooks, Esq.
   mbrooks@klnevada.com
   KOLESAR & LEATHAM
   400 South Rampart Blvd., Suite 400
   Las Vegas, NV 89145
   *Attorneys for Defendant AETNA*

////

| | | |
|---|---|---|
| 1 | DATED: July 29, 2019 | LAW OFFICE OF JULIE A. MERSCH |
| 2 | | |
| 3 | | By:   /s/ Julie A. Mersch<br>JULIE A. MERSCH |
| 4 | | jam@merschlaw.com<br>Nevada Bar No.: 004695 |
| 5 | | 1100 E. Bridger Ave.<br>Las Vegas, NV 89101 |
| 6 | | *Attorney for Plaintiff SHAFFER* |

**IT IS SO ORDERED:**

Dated this \_\_\_29th\_\_\_ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE