Michael R. Brooks
Nevada Bar No. 007287
KOLESAR & LEATHAM
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145
Tel: 702.362.7800 | Fax: 702.362.9472
Email: mbrooks@klnevada.com

Michael B. Bernacchi *(Pro Hac Vice)*
California Bar No. 163657
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail: mbernacchi@bwslaw.com

Attorneys for Defendant
Aetna Life Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SHAFFER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY, as Claims Administrator for Advenir Real Estate Management, LLC Welfare Plan,<br><br>　　　　　Defendants. | CASE NO.: 2:18-cv-02357-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 27 |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record, that this action shall be dismissed in its entirety with prejudice as to all parties. Each party is to bear their own attorneys' fees and costs.

///

///

///

| | | |
|---|---|---|
| DATED:  October 11, 2019 | | BURKE, WILLIAMS & SORENSEN, LLP |

By: */s/ Michael B. Bernacchi*
     MICHAEL B. BERNACCHI
     mbernacchi@bwslaw.com
     444 South Flower Street, Suite 2400
     Los Angeles, CA 90071-2953

     Michael R. Brooks, Esq.
     mbrooks@klnevada.com
     KOLESAR & LEATHAM
     400 South Rampart Blvd., Suite 400
     Las Vegas, NV 89145
     *Attorneys for Defendant AETNA*

DATED:  October 10, 2019     LAW OFFICE OF JULIE A. MERSCH

By: */s/ Julie A. Mersch*
     JULIE A. MERSCH
     jam@merschlaw.com
     Nevada Bar No.: 004695
     1100 E. Bridger Ave.
     Las Vegas, NV 89101
     *Attorney for Plaintiff SHAFFER*

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 15, 2019

LA #4831-5272-4393 v1